1004

[No. 31893-4-I.    Division One.    February 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JUANITA A. DALTON, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 92-1-00016-3, Stanley K. Bruhn, J., entered November 13, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker, A.C.J., and Coleman, J.

[No. 32476-4-I.    Division One.    February 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME STEVEN TALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04934-8, Arthur E. Piehler, J., entered March 24, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33956-7-I.    Division One.    February 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SHEILA DOZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-03826-3, Brian D. Gain, J., entered December 13, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33238-4-I.    Division One.    February 21, 1995.]

SCOT TREGGETT, *Appellant*, v. FIRE PROTECTION DISTRICT No. 3, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 91-2-00075-6, Alan R. Hancock, J., entered July 23, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Webster and Becker, JJ.